# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0651

VERSUS

NAQUEL D. RUFFIN                                      **OCTOBER 1, 2021**

---

In Re:    Naquel D. Ruffin, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 12-88-0139.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

                              PMc
                              JEW
                              MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
          FOR THE COURT